In the Matter of the Claim of ANNA YANNISH, Appellant, against THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

(Argued May 22, 1936; decided June 5, 1936.)

*Charles J. O'Brien, Henry Redman Dutcher* and *Leonard Marafioti* for appellant.

*Robert E. Whalen* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, CROUCH and FINCH, JJ. Dissenting: CRANE, Ch. J., HUBBS and LOUGHRAN, JJ.